to Justice Kennedy, and by him referred to the Court, denied. Petition for writ of certiorari to the Superior Court of Arizona, Pima County, denied.

**No. 11-5339 (11A79). Thomas Paul West, Petitioner v. Janice K. Brewer, Governor of Arizona, et al.**

564 U.S. 1054, 131 S. Ct. 3092, 180 L. Ed. 2d 914, 2011 U.S. LEXIS 5020.

July 19, 2011. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 652 F.3d 1060.

**No. 11-5350 (11A81). In re Mark Anthony Stroman, Petitioner.**

564 U.S. 1054, 132 S. Ct. 46, 180 L. Ed. 2d 914, 2011 U.S. LEXIS 5023.

July 20, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

**No. 11-5320 (11A73). Mark Anthony Stroman, Petitioner v. Texas.**

564 U.S. 1054, 132 S. Ct. 46, 180 L. Ed. 2d 914, 2011 U.S. LEXIS 5024.

July 20, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 11-5361 (11A97). Andrew Grant DeYoung, Petitioner v. Brian Owens, Commissioner, Georgia Department of Corrections, et al.**

564 U.S. 1054, 132 S. Ct. 46, 180 L. Ed. 2d 914, 2011 U.S. LEXIS 5022.

July 20, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 646 F.3d 1319.

**No. 10-9873 (11A74). Mark Anthony Stroman, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1054, 132 S. Ct. 46, 180 L. Ed. 2d 914, 2011 U.S. LEXIS 5025.

July 20, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for rehearing denied.

Former decision, 564 U.S. 1040, 131 S. Ct. 3063, 180 L. Ed. 2d 892, 2011 U.S. LEXIS 4894.

**No. 10-997 (R46-021). North Carolina ex rel. Roy Cooper, Attorney General of North Carolina, Petitioner v. Tennessee Valley Authority, et al.**

564 U.S. 1054, 132 S. Ct. 46, 180 L. Ed. 2d 914, 2011 U.S. LEXIS 5079.

July 22, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit in the